ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- ) | |
| ) | |
| Chenega Integrated Mission Support, LLC ) | ASBCA No. 62156 |
| ) | |
| Under Contract No. FA9401-13-C-0001 ) | |

APPEARANCE FOR THE APPELLANT:       Mark G. Jackson, Esq.
                                                          Jackson Rosenfield LLP
                                                          Seattle, WA

APPEARANCES FOR THE GOVERNMENT:    Jeffrey P. Hildebrant, Esq.
                                                          Deputy Chief Trial Attorney
                                                          Colby L. Sullins, Esq.
                                                          Trial Attorney

## ORDER OF DISMISSAL

The Board docketed this appeal on August 27, 2019. By letter dated September 16, 2019, prior to filing its complaint, appellant filed a notice of withdrawal of this appeal. The government does not object. Accordingly, the appeal is dismissed from the Board's docket.

Dated: September 18, 2019

RICHARD SHACKLEFORD
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62156, Appeal of Chenega Integrated Mission Support, LLC, rendered in conformance with the Board's Charter.

Dated:

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals